UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRIKEFORCE TECHNOLOGIES, INC., <br> Plaintiff, <br><br> v. <br><br> ENTRUST, INC., et al., <br> Defendants. | Civ. No. 1:17cv309 |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Plaintiff's Motion for A Protective Order (Dkt. 29) is GRANTED in part and DENIED in part. The parties shall submit to the Court a revised protective order for the Court to review and enter in accordance with the Court's rulings.

ENTERED this 9th day of June, 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia